UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANDREW WEITZ, | No. 2:20-10968-SB-JEM |
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

    Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: 11/24/2021

*John E. McDermott*

HON. JOHN E. MCDERMOTT
United States Magistrate Judge

-1-